# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOHN R. WALSH, III,** | : |
| **Plaintiff,** | : |
| | : **CIVIL ACTION NO. 3:19-0905** |
| v. | : |
| | : **(JUDGE MANNION)** |
| **LACKAWANNA COUNTY COURT OF COMMON PLEAS,** *et al.*, | : |
| | : |
| **Defendants** | |

## ORDER

For the reasons set forth in the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** The plaintiff's motion for leave to proceed *in forma pauperis*, **(Doc. 2)**, is **GRANTED**;

**(2)** the plaintiff's "Emergency Motion For Injunction," **(Doc. 1)**, is **DENIED**; and

**(3)** the entire case, **(Doc. 1)**, is **DISMISSED**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: May 30, 2019**
19-0905-01-ORDER.wpd